PENELOPE A. PREOVOLOS (CA SBN 87607)
(PPrevolos@mofo.com)
ANDREW D. MUHLBACH (CA SBN 175694)
(AMuhlbach@mofo.com)
HEATHER A. MOSER (CA SBN 212686)
(HMoser@mofo.com)
ANNE M. HUNTER (CA SBN 221455)
(AHunter@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KHOI DUY TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., and AT&T MOBILITY, LLC,<br><br>Defendants. | Case No.   C 09-04048 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS the complaint in the above-captioned matter was filed on September 1, 2009;

WHEREAS Defendant Apple Inc. ("Apple") was served with the complaint on September 2, 2009;

WHEREAS Defendant AT&T Mobility LLC ("ATTM") was served with the complaint on September 2, 2009;

NOW, THEREFORE, the parties hereby stipulate and request that the Court enter an order extending Apple's and ATTM's time to move, answer, or otherwise respond to the complaint to and including November 6, 2009.

Dated: September 18, 2009        MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

     Attorneys for Defendant
     APPLE INC.

Dated: September 18, 2009        CROWELL MORING

By:  /s/ Jason C. Murray
     Jason C. Murray

     Attorneys for Defendant
     AT&T MOBILITY LLC

Dated: September 18, 2009        COTCHETT, PITRE & MCCARTHY

By:  /s/ Steven N. Williams
     Steven N. Williams

     Attorneys for Plaintiffs
     KEVIN KHOI DUY TRAN

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this Declaration. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:  /s/ Penelope A. Preovolos
     Penelope A. Preovolos

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED ORDER]
CASE NO. C 09-04048 JW
sf-2741122

2

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  Date: _____September 28, 2009_____   _____*James Ware*_____
5                                       Hon. James Ware
6                                       United States District Judge

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED ORDER]
CASE NO. C 09-04048 JW
sf-2741122

3