1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   (PPrevolos@mofo.com)
2  ANDREW D. MUHLBACH (CA SBN 175694)
   (AMuhlbach@mofo.com)
3  HEATHER A. MOSER (CA SBN 212686)
   (HMoser@mofo.com)
4  ANNE M. HUNTER (CA SBN 221455)
   (AHunter@mofo.com)
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Defendant
   APPLE INC.

*IT IS SO ORDERED*
*Judge James Ware*

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

14  KEVIN KHOI DUY TRAN, Individually and on        Case No.   C 09-04048 JW
    Behalf of All Others Similarly Situated,
15                                                  [PROPOSED] ORDER
                  Plaintiff,                        GRANTING DEFENDANTS'
16                                                  UNOPPOSED MOTION TO STAY
         v.                                         PROCEEDINGS
17
    APPLE, INC., and AT&T MOBILITY, LLC,
18
                  Defendants.
19

20      Presently before the Court is Defendants' Motion to Stay Proceedings. (Docket Item No. 23.)

21         WHEREAS the complaint in the above-captioned matter was filed on September 1, 2009;

22         WHEREAS Defendant AT&T Mobility LLC ("ATTM") filed with the Judicial Panel on

23  Multidistrict Litigation (the "MDL Panel") a motion to transfer this and five other similar actions,

24  pursuant to 28 U.S.C. § 1407, on September 10, 2009;

25         WHEREAS ATTM and Defendants Apple Inc. ("Apple") filed a motion to stay the

26  proceedings pending the MDL Panel's transfer decision;

27  ///

28  ///

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS
CASE NO. C 09-04048 JW
sf-2747840

1

1  IT IS HEREBY ORDERED that this action is stayed pending decision by the JPML. All deadlines are VACATED. The parties shall notify the Court of the MDL Panel's decision within 10 days of the decision. Should the MDL Panel deny ATTM's motion to transfer, or, should the MDL Panel transfer the five related actions to this Court, the parties also shall file a joint status statement within 10 days of the MDL Panel's decision.

In light of this Order, the parties' Stipulation for Order Shortening Time is DENIED as moot. (Docket Item No. 21.)

Date:   October 15, 2009

_____
Hon. James Ware
United States District Judge