*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN KHOI DUY TRAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., and AT&T MOBILITY, LLC,<br><br>Defendants. | Case No. C 09-04048 JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS |

Presently before the Court is Defendants' Motion to Stay (Docket Item No. 23).

WHEREAS the complaint in the above-captioned matter was filed on September 1, 2009;

WHEREAS Defendant AT&T Mobility LLC ("ATTM") filed with the Judicial Panel on Multidistrict Litigation (the "MDL Panel") a motion to transfer this and five other similar actions, pursuant to 28 U.S.C. § 1407, on September 10, 2009;

WHEREAS ATTM and Defendants Apple Inc. ("Apple") filed a motion to stay the proceedings pending the MDL Panel's transfer decision;

///

///

1   IT IS HEREBY ORDERED that this action is stayed pending decision by the JPML. All
2   deadlines are VACATED. The parties shall notify the Court of the MDL Panel's decision within
3   10 days of the decision. Should the MDL Panel deny ATTM's motion to transfer, or, should the
4   MDL Panel transfer the five related actions to this Court, the parties also shall file a joint status
5   statement within 10 days of the MDL Panel's decision.

Date:  December 3, 2009                    _____
                                            Hon. James Ware
                                            United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS
CASE NO. C 09-04048 JW
sf-2747840

2